GOLDACKER, Respondent, v. HUDSON RIVER ORCHARD CO., Inc., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by C. B. Goldacker against the Hudson River Orchard Company, Incorporated.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG and WOODWARD, JJ., dissent.

In re GOLDFARB. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Abraham Goldfarb, an attorney: No opinion. Referred to official referee. Settle order on notice.

GOLDFINGER, Respondent, v. GERSTEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Morris Goldfinger against Louis Gersten and another. No opinion. Judgment affirmed, with costs.

GOODMAN, Respondent, v. CALEDONIAN INS. CO. OF SCOTLAND, Appellant. SAME v. INSURANCE CO: OF STATE OF PENNSYLVANIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Louis Goodman against the Caledonian Insurance Company of Scotland. Action by Louis Goodman against the Insurance Company of the State of Pennsylvania. No opinion. In each case, judgment and order affirmed, with but one bill of costs upon both appeals.

GOODRICH, Respondent, v. VILLAGE OF OTEGO, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the application of Austin L. Goodrich against the Village of Otego for the appointment of commissioners and assessment of damages. No opinion. Order unanimously affirmed, with costs. See, also, 160 App. Div. 349, 145 N. Y. Supp. 497.

GORTIKOV, Respondent, v. GORTIKOV, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Benjamin Gortikov against Marion Gortikov. M. M. Leichter, of New York City, for appellant. J. Fischer, of New York City, for re-

spondent. No opinion. Order affirmed, without costs. Order filed. See, also, 152 N. Y. Supp. 1114.

GOULD v. GOULD. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by George J. Gould against Howard Gould, impleaded with Kathrine C. Gould, Appellant. A. F. Spiegel, of New York City, for appellant. Taylor, Knowles & Hack, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 166 App. Div. 914, 151 N. Y. Supp. 1118; 153 N. Y. Supp. 1117.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners of appraisal to ascertain the compensation to be paid to the owners of and parties interested in lands claimed to be injured by change of grade, etc., and claimed to be owned by Peter Hof et al. Proceeding No. 98. No opinion. Motion for reargument made by Otis Elevator Company, denied with $10 costs. See, also, 153 N. Y. Supp. 1117.

GREGORY v. BINGHAMTON TRUST CO. et al. (Supreme Court, Appellate Division, Third Department. September 21, 1915.) Action by William M. Gregory, as trustee in bankruptcy of Charles J. Knapp and others, against the Binghamton Trust Company and another. No opinion. Motion denied. See, also, 154 N. Y. Supp. 376.

GREVE et al., Appellants, v. GRAF, Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Charles A. Greve and another against Fred Graf. No opinion. Judgment reversed, and case remitted to the official referee to make appropriate findings of fact and conclusions of law. See, also, 153 N. Y. Supp. 1118.

GRIFFIN, Appellant, v. WHEATON, Respondent. (Supreme Court, Appellate Division, Third Department. September 15, 1915.) Action by George Griffin against Armond E. Wheaton. No opinion. Settled. See, also, 166 App. Div. 953, 151 N. Y. Supp. 1119.

GRIFFIN v. WILLIAMS et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) In the matter of Gerald S. Griffin against William Williams and others. No opinion. Motion denied. Order filed. See, also, 153 N. Y. Supp. 926.

GUCKER v. KOPP et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Louise Gucker against Anna Kopp and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 370.